1  KATE WELLS, SB# 107051
   2600 Fresno Street
2  Santa Cruz, California 95062
   Telephone: (831) 479-4475
3  Facsimile: (831) 479-4476
   Email Address: lioness@got.net
4
   Attorney for Plaintiffs, KRISTIAN VEGA and VIVECA VEGA
5
   George J. Kovacevich, SBN 48125
6  Jeffrey E. Barnes, SBN 212154
   ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
7  A Professional Corporation
   333 Church Street
8  Santa Cruz, California  95060
   Telephone:  (831) 423-8383
9  Facsimile:  (831) 423-9401

10 Attorneys for Defendants                         ***E-FILED - 3/30/07***

11                        **UNITED STATES DISTRICT COURT**

12                        **NORTHERN DISTRICT OF CALIFORNIA**

13                                **E-FILING CASE**

14 KRISTIAN VEGA, VIVECA VEGA,    )  **CASE NO.  C 06 - 00790 RMW PVT**
   AND ANNE GIERKE,               )
15                                )
        Plaintiffs,               )  **DISMISSAL BY STIPULATION**
16                                )  ***ORDER***
                                  )
17                                )
        vs.                       )
18                                )
   CITY OF SANTA CRUZ/SANTA       )
19 CRUZ POLICE DEPARTMENT;        )
   OFFICER D. FORBUS; AND DOES    )
20 ONE THROUGH TEN;               )
                                  )
21      Defendants.               )
   _____)
22
        Counsel for the plaintiffs and defendants submit the following stipulated order of dismissal with
23
   prejudice for the signature of the Honorable Ronald M. Whyte to terminate the above-captioned
24
   lawsuit:
25
        Plaintiffs, Kristian Vega and Viveca Vega, through their counsel, Kate Wells, agree to
26
   voluntarily dismiss with prejudice the above-captioned lawsuit against defendants, City of Santa
27
   Cruz/Santa Cruz Police Department and Officer D. Forbus.  Plaintiff Ann Gierke has already
28

1 voluntarily dismissed her claims against defendants..  The dismissal is in exchange for a full and final
2 settlement of plaintiffs' claims.

4 IT IS SO STIPULATED:

7 Dated: March 2, 2007                By:    /s/
                                         KATE WELLS
8                                         Attorney for Plaintiffs KRISTIAN
                                         VEGA and VIVECA VEGA

                                    ATCHISON, BARISONE, CONDOTTI &
11                                   KOVACEVICH

14 Dated: March 5, 2007                By:    /s/
                                         JEFFREY BARNES
15                                        Attorney for Defendants, CITY OF
                                         SANTA CRUZ/SANTA CRUZ POLICE
16                                        DEPARTMENT and OFFICER D. FORBUS

18 The foregoing stipulation showing good cause to dismiss the above-captioned case,

19 IT IS HEREBY ORDERED that this case be dismissed with prejudice.

21 Dated: 3/30/07                      *Ronald M. Whyte*
                                     RONALD M. WHYTE
22                                    UNITED STATES DISTRICT COURT JUDGE

DISMISSAL BY STIPULATION
Vega, et al v. City of Santa Cruz, et al.   C 06-00790 RMW PVT                       2